# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| JASON FRY, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No.: 3:22-cv-00140-JD-MGG

## DEFENDANTS' MOTION TO DISMISS
## UNDER RULE 12 AND INDIANA'S ANTI-SLAPP STATUTE

Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC (collectively, "Ancestry"), respectfully move this Court under Rule 12 and Indiana's anti-SLAPP statute for an order dismissing plaintiff's Complaint.  As explained in the accompanying Memorandum of Law, this Motion should be granted because Ancestry is not subject to personal jurisdiction in Indiana, plaintiff has not alleged an Article III injury, Ancestry is immune pursuant to the Communications Decency Act, plaintiff's claims are preempted by the federal Copyright Act, plaintiff has not plausibly alleged his claims, and the claims are barred by Indiana's anti-SLAPP statute.

Dated:  May 10, 2022

Respectfully submitted,

 */s/ John A. Conway*

John A. Conway
**SOUTHBANK LEGAL**
100 E. Wayne Street, Suite 300
South Bend, IN 46601
Phone: (574) 968-0760
Fax: (574) 968-0761
jconway@southbank.legal

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Shon Morgan (*pro hac vice*)
John W. Baumann (*pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone: (213) 443-3000
Fax: (213) 443-3100
shonmorgan@quinnemanuel.com
jackbaumann@quinnemanuel.com

Cristina A. Henriquez (*pro hac vice*)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Phone: (650) 801-5000
Fax: (650) 801-5100
cristinahenriquez@quinnemanuel.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to all counsel of record.

/s/ *John A. Conway*
John A. Conway

2