UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JASON FRY,

    Plaintiff,

    v.

ANCESTRY.COM OPERATIONS INC., et al.,

    Defendants.

Case No. 3:22-CV-140 JD

# **ORDER**

The parties filed a stipulation to dismiss this action without prejudice (DE 51). Considering the joint nature of the stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: June 21, 2023

                /s/ JON E. DEGUILIO
                Chief Judge
                United States District Court